**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01028-CR

**ADOLPH JUNIOR MENJIVAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-57185-U**

## ORDER

We **GRANT** court reporter Peri K. Wood's November 28, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **FORTY-FIVE DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE